IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    Plaintiff,

vs.

SNA LLC,

    Defendant.

8:18CV562

ORDER

The court has received the attached document which appears to have been submitted as Defendant's answer to Plaintiff's complaint. A limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

Accordingly,

IT IS ORDERED that on or before May 7, 2019, Defendant shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant without further notice.

April 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

In the United States District Court
For The District of Nebraska.

Zach Hillesheim
Plaintiff

Case NO. 8:18-CV-00562

v.

SNA LLC
12701 S 28th Ave
Bellevue, NE 68123

Defendant SNA LLC, a Nebraska limited liability company, for its Answer to the allegations of the plaintiff's Amended Complaint herein, admits, denies and alleges as follows. to wit:

SNA LLC is without sufficient information and deny all allegations from 1-23.

Alex Halhouli
402-216-4636

Albert Alfaro
402-947-6675

RECEIVED
APR 16 2019
CLERK
U.S. DISTRICT COURT