IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

           Plaintiff,

vs.

SNA LLC,

           Defendant.

**8:18CV562**

**FINDINGS AND RECOMMENDATION**

On April 16, 2019 the court received a mailed letter which stated:

Defendant SNA LLC, a Nebraska limited liability company, for its Answer to the allegations of the plaintiffs' Amended Complaint herein, admits, denies and alleges as follows, to wit:

SNA LLC is without sufficient information and deny all allegations from 1-23.

(Filing No. 8 at CM/ECF p. 2)

The letter was signed by two individuals, neither of which purported to be an attorney representing SNA LLC.

On April 16, 2019, this court entered an order informing Defendant that a limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-348 (8th Cir. 1994). Defendant was ordered to obtain the services of counsel and to have that attorney file an appearance in this case on or before May 7, 2019. The order warned that failure to comply with the court's order may result in entry of default and/or default judgment against Defendant without further notice. (Filing No. 8) The order was mailed to SNA LLC at the address

provided on the letter, which is also Defendant's business location as alleged in the Complaint. The order was not returned as undeliverable, and no attorney has filed an appearance on behalf of Defendant.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Bataillon, United States District Judge, pursuant to 28 U.S.C. § 636(b), that a default and/or default judgment be entered against Defendant SNA LLC without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 22nd day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge