IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>                Plaintiff,<br><br>    vs.<br><br>SNA LLC,<br><br>                Defendant. | **8:18CV562**<br><br>**ORDER** |

Plaintiff sued defendant in this action alleging that defendant violated his rights under the Americans with Disabilities Act, 42 U.S.C. § 12181. Defendant owns a service station known as "Speedy Gas N Shop" in Bellevue, Nebraska which is not accessible to persons with disabilities.

Before the Court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Cheryl Zwart, Filing No. 9, recommending that this Court enter default and/or default judgment against Defendant SNA LLC. No objection has been filed to the F&R. Pursuant to NECivR 41.2 , the Court has conducted a de novo review of the record and adopts the F&R in its entirety. The Court will further enter default judgment against defendant SNA LLC. SNA LLC is not represented by counsel. The magistrate judge entered an order telling defendant to obtain the services of counsel and have that attorney enter an appearance by May 7, 2019. The magistrate judge warned SNA LLC that failure to do so could result in the entry of default and/or default judgment without further notice. Filing No. 8. The order was not returned as undeliverable, and no attorney has appeared on behalf of the defendant.

THEREFORE, IT IS HEREBY ORDERED:

1. The F&R (Filing No. 9) is adopted in its entirety; and

2. Default judgment is entered in this case against Defendant SNA LLC; and

3. Counsel for the plaintiff is ordered to provide the Court with a proposed order and judgment within 20 days of the date of this Memorandum and Order.

Dated this 25th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge