# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>    *Plaintiff*,<br><br>v.<br><br>SNA LLC,<br><br>    *Defendant* | Case No. 8:18-cv-00562-JFB-CRZ |

## ORDER AND JUDGMENT

In accordance with the Order at Filing No. 10 issued on July 25, 2019,

IT IS HEREBY ORDERED that:

1. The Court declares that the property owned by Defendant SNA LLC located at 12701 S 28th Ave, Bellevue, NE 68123 is in violation of 42 U.S.C. § 12182(b)(2)(A)(iv);

2. Defendants SNA, LLC is ordered to remedy the architectural barriers referenced in Plaintiff Zach Hillesheim's complaint, ECF No. 1, on or before October 1, 2019. Remediation shall include the following:

   a. Install at least one parking space and adjacent access aisle which comply with all aspects of Section 502 of the 2010 ADAAG Standards, including Section 502.4's sloping requirements;

   b. Install a ramp between the parking lot surface and sidewalk surrounding the building which complies with Sections 405 and/or 406 of the 2010 standards;

c. Modify the entrance to the building to comply with all aspects of 404.2 of the 2010 Standards, including 404.2.4 regarding maneuvering clearances at doors;

3. Plaintiff shall submit a request for attorney fees and costs within 14 days.

Dated this 14th day of August 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge